IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(KANSAS CITY DOCKET)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 14-20098-01-CM-TJJ |
| ) | |
| EDWARD E. MCLINN, ) | |
| ) | |
| Defendant. ) | |

### SEALED INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about September 18, 2014, in the District of Kansas, the defendant,

**EDWARD E. MCLINN,**

having been adjudicated a mental defective and committed to a mental institution; knowingly and unlawfully shipped and transported in interstate and foreign commerce, possessed in and affecting interstate and foreign commerce, and received firearms, namely, a .45 caliber Sig Sauer pistol, Model P220, serial number 37B009039, and a .223 caliber Stag Arms rifle, serial number 304433, and ammunition, which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(4) and 924(a)(2).

### FORFEITURE ALLEGATION

1. The allegations contained in Count 1 of the Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense identified in Count 1, the defendant,

**EDWARD E. MCLINN,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to a .45 caliber Sig Sauer pistol, Model P220, serial number 37B009039, and a .223 caliber Stag Arms rifle, serial number 304433, and ammunition, seized by law enforcement, in the District of Kansas, on September 18, 2014.

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

DATED: October 8, 2014                     *s/ Foreperson*
                                                           FOREPERSON OF THE GRAND JURY


*s/ Terra D. Morehead #12759*
BARRY R. GRISSOM, Ks. S. Ct. No. 10866
United States Attorney
District of Kansas
500 State Ave., Suite 360
Kansas City, KS 66101
(913) 551-6730
(913) 551-6541 (fax)
barry.grissom@usdoj.gov

(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

**PENALTIES:**

**Count 1:**

- NMT 10 years Imprisonment,
- NMT $250,000.00 Fine,
- NMT 3 years S.R.,
- $100 Special Assessment; and,
- Forfeiture Allegation.

.