IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 14-20098-01-CM |
| ) | |
| EDWARD MCLINN, ) | |
| Defendant. ) | |
| ) | |

## MOTION FOR ADDITIONAL DISCOVERY

NOW COMES Defendant, Edward McLinn, by and through counsel, Chekasha Ramsey, Assistant Federal Public Defender for the District of Kansas, and pursuant to Rule 16(D) and ( E) of Federal Rules of Criminal Procedure, and moves the Court for an order requiring the Government to produce the discovery described below:

1. Defendant is charged with a violation of 18 U.S.C. section 922(g)(4), having been adjudicated a mental defective and committed to a mental institution, and knowingly possessed and received a firearm shipped and transported in interstate commerce.

2. The basis of Defendant's alleged prohibited status arose from a detention at Osawatomie State Hospital for temporary observation in 2013, Case No. 2013-CT-000268.

3. According to the National Instant Criminal Background Check System (NICS) Improvement Amendments Act of 2007 section 101 (c )(1)(A) "…the State shall make electronically available to the Attorney General records *relevant* (emphasis added) to a determination whether a person is disqualified from possessing or receiving a firearm under subsection (g) or (n) of section 922 of title 18, United States Code [subsec. (g) or (n) of this section], or applicable State law."

4. NICS Improvement Amendments Act section 101 (c )(3):

   **"Application to persons who have been adjudicated as mental defective or committed to a mental institution**.- The State shall make available to the Attorney general, for use by the National Instant Criminal Background Check System, the name and other relevant identifying information of persons adjudicated as mental defective or those committed to mental institutions *to assist the Attorney General in enforcing section* (emphasis added) 922(g)(4) of title 18, United States Code [subsection (g)(4) of this section]."

5. Additionally, pursuant to K.S.A. 59-2966, upon an alleged adjudication of mental defectiveness, the District Court is required to send a copy of the order to the Kansas Bureau of Investigations for entry into the national criminal information center and other appropriate databases.

6. If, in fact, the Defendant was found committed to a mental institution or adjudicated as mental defective, the State of Kansas was required to provide electronically available information to the Kansas Bureau of Investigations for placement into appropriate databases by NICS information, the Attorney General for placement in the NICS database, and other criminal databases.

7. The NICS Improvement Act mandates that the State of Kansas would have had to provide the discovery requested herein to the Attorney General.

8. NICS makes clear that the requested discovery is relevant to the determination whether a person is disqualified under 922(g), it is relevant to the Government's enforcement of 922(g), and is a mandate on the State to provide the requested discovery to the Government.

9. Defendant request;

   a) all records and documents regarding Defendant contained in the following;

      - National Instant Criminal Background Check System/Database (NICS)
      - Any national criminal databases or national databases used to maintain records of commitment to a mental institution or adjudications of mental defectiveness
      - Any databases used by The Kansas Bureau of Investigations to maintain criminal records or records of commitment to a mental institution or adjudications of mental defectiveness
      - Any database maintained by the State of Kansas to store criminal information or records of commitments to a mental institution or adjudications of mental defectiveness.

   b) all records, documents, and materials that are in the possession of the Federal Bureau of Investigation or Homeland Security regarding the Defendant, the Defendant's prior record, or any records regarding Defendant's commitment to a mental institution or adjudications of mental defectiveness.

   c) all records, documents, and materials that are in the possession of The Kansas Bureau of Investigation regarding the Defendant, the Defendant's prior record, or any records regarding Defendant's commitment to a mental institution or adjudications of mental defectiveness.

   d) all records, documents, and materials that reflect the dates of entry of those documents/information into the following:

      - National Instant Criminal Background Check System/Database (NICS)
      - Any national criminal databases or national databases used to maintain records of commitment to a mental institution or adjudications of mental defectiveness
      - Any databases used by The Kansas Bureau of Investigations to maintain criminal records or records of commitment to a mental institution or adjudications of mental defectiveness
      - Any database maintained by the State of Kansas to store criminal information or records of commitments to a mental institution or adjudications of mental defectiveness.

10. The discovery is requested pursuant Fed. R. Crim. Proc. Rule 16(D) and (E).

11. The requested discovery are copies of Defendant's prior criminal records and is known to exists within due diligence by the attorney for the Government.

12. The requested discovery is exculpatory and relevant. Information that is maintained in any databases or within the Government's possession, custody, and control above is material to preparation of the defense.

WHEREFORE, the Defendant moves the Court for an order compelling the discovery requested herein.

Respectfully submitted,

s/ Chekasha Ramsey    #78476
Chekasha Ramsey
Assistant Federal Public Defender
For the District of Kansas
500 State Avenue, Suite 201
Kansas City, Kansas 66101
Telephone (913) 551-6911
Fax: (913) 551-6562
E-mail: Che_Ramsey@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2015, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Ms. Terra Morehead
Assistant United States Attorney
Terra.Morehead@usdoj.gov

s/ Chekasha Ramsey
CHEKASHA RAMSEY