EXHIBIT A [1]

IN THE MATTER OF THE GRAND JURY

OF THE

UNITED STATES OF AMERICA

SITTING IN KANSAS CITY, KANSAS

BE IT REMEMBERED THAT on the 2nd day of September, 2015, the enclosed proceedings were held:

WITNESS:

WILLIAM JOHNSON

RECEIVED
SEP 2 1 2015
U.S. ATTORNEY
KANSAS CITY KANSAS

A P P E A R A N C E S

FOR THE UNITED STATES OF AMERICA:

    Ms. Terra Morehead
    Assist. U.S. Attorney
    Robert Dole U.S. Courthouse
    500 State Avenue
    Kansas City, Kansas 66101

COURT REPORTER:

    Debra L. Brightbill, CSR
    P.O. Box 1401
    Salina, KS 67402-1401

1  trigger group, the pistol grip, all those parts
2  literally you could get online and have sent
3  directly to your house with absolutely no
4  paperwork.  Because technically without that lower
5  receiver you can't manufacture a functioning
6  firearm.  So it is significant that you would
7  start to buy parts to build a rifle without
8  actually having the main part to make it complete.
9       Q.   And with regards to this particular case,
10 the actual conspiracy for straw purchase, we only
11 allege this particular firearm because of the
12 sequence of events; is that right?  We didn't do
13 it with regards to the Sig Sauer because there's
14 nothing to demonstrate that when he bought the gun
15 that he was doing it for the sole purpose of later
16 giving it to his son?
17      A.   That's correct.
18      Q.   But at some point he did?
19      A.   At some point the Sig Sauer, yes,
20 ultimately ended up at Mr. McLinn's house when the
21 search warrant is executed.
22           MS. MOREHEAD:  Did that answer that
23 question?
24           GRAND JUROR:  Yeah, I mean that
25 answers, yeah.

```
 1            MS. MOREHEAD: Okay.
 2            GRAND JUROR: As you pointed out, the
 3  Sig Sauer is kind of, it's harder -- it sounds
 4  like there's a pretty clear line of reasoning.
 5            MS. MOREHEAD: Right. I wanted to
 6  make sure that you all did understand, you know,
 7  we do -- we didn't have the same connect with the
 8  Sig Sauer just because he didn't, you know, have
 9  that kind of chain of events, so. Yes.
10            GRAND JUROR: Did they interview the
11  father to see what he was thinking when he got --
12  I mean.
13       A.   I believe Detective Burket did interview
14  Mr. McLinn regarding the purchase. I'm not privy
15  to what he found out, though.
16            MS. MOREHEAD: Any other questions?
17  We will let you deliberate.
18                 (WHEREUPON, the witness, the
19                 attorney and the court reporter
20                 leave the room.)
21
22
23
24
25
```

```
 1                    C E R T I F I C A T E

 2

 3

 4   STATE OF KANSAS       )
                           )    ss:
 5   SALINE COUNTY         )

 6

 7

 8              I, Debra L. Brightbill, a Certified

 9   Shorthand Reporter within and for the State of

10   Kansas, certify that the foregoing is a full and

11   correct transcript of all of the oral evidence and

12   oral proceedings had in this matter at the

13   aforementioned time and place.

14              IN WITNESS WHEREOF, I have hereunto

15   set my hand and official seal at Salina, Saline

16   County, Kansas this  17th  day of  September  ,

17   2015.

18

19

20                      _____
21                        Debra L. Brightbill, CSR
                          P.O. BOX 1401
22                        Salina, Kansas 67402-1401

23

24

25
```